IDA L. BROWARD v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.

154 So. 925.
Opinion Filed April 24, 1934.

*Lee Booth* and *Percy L. Thomas,* for Appellant;

*Stockton, Ulmer & Murchison,* for Appellee.

PER CURIAM.—Appeal is from final decree of foreclosure and brings for review also order appointing Receiver in such foreclosure suit where the mortgage pledged the rents, issues and profits.

It is not made to appear that Chancellor abused judicial discretion in making the order and decree complained of.

Affirmed.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL and BUFORD, J. J., concur.